THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC HOLLIS, Appellant.

Submitted December 14, 2009; decided January 12, 2010

Reported below, 63 AD3d 409.

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERENCE G. JORDAN, Appellant.

Submitted December 21, 2009; decided January 12, 2010

Reported below, 65 AD3d 428.

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL SYVILLE, Appellant.

Submitted December 21, 2009; decided January 12, 2010

Reported below, 2009 NY Slip Op 73324(U).

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANE WORD, Appellant.

Submitted December 7, 2009; decided January 12, 2010

Reported below, 43 AD3d 773.

Motion for reargument denied [*see* 13 NY3d 791 (2009)].